IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50879
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

KEITH BRYANT WEBB,

                              Defendant-Appellant.

---------------------

Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CV-121

---------------------

December 1, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges

PER CURIAM:[*]

     Keith Bryant Webb, a federal inmate (# 19665-080), appeals
the district court's denial of his third motion to vacate
sentence filed pursuant to 28 U.S.C. § 2255.  Webb argues that
the district court erred in denying his motion based on a finding
that he abused the § 2255 procedure under Rule 9(b) of the Rules
Governing Section 2255 Proceedings.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Webb has failed to show cause for his failure to raise in his previous § 2255 motions his claims that the federal trial court lacked jurisdiction over him, nor has he shown that a fundamental miscarriage of justice will result if his claims are not entertained.  See United States v. Flores, 993 F.2d 231, 234 (5th Cir. 1993); Saahir v. Collins, 956 F.2d 115, 120 (5th Cir. 1992) (§ 2254 case).  The district court did not abuse its discretion in dismissing the § 2255 motion under Rule 9(b).  See Saahir, 956 F.2d at 120.

Webb's "Petition in Response to the Lower Court Missing Initial Arraignment Transcript and Seal Court Order" is DENIED.

AFFIRMED.